G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
MARCIA ANDREA KATZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA ANDREA KATZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANISLAUS CREDIT CONTROL SERVICE, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | **Case No.:** 8:13-cv-01884-JVS-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　　Pursuant to FRCP 41(a)(1), Plaintiff MARCIA ANDREA KATZ hereby voluntarily dismisses her claims, without prejudice, against Defendants STANISLAUS CREDIT CONTROL SERVICE, INC.; and DOES 1 to 10, inclusive.

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  | RESPECTFULLY SUBMITTED,                                                      |
| 2  | DATED:                          **PRICE LAW GROUP APC**                      |
| 3  | January 20, 2014                                                             |
| 4  | By: /s/ G. Thomas Martin, III                                                |
| 5  | G. Thomas Martin, III  Attorney for Plaintiff                                |